FILED:  December 10, 2024

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

———————————

No. 24-2214
(1:23-cv-02699-RDB)

———————————

STUDENTS FOR FAIR ADMISSIONS

Plaintiff - Appellant

v.

THE UNITED STATES NAVAL ACADEMY; THE UNITED STATES
DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as
Secretary of Defense; CARLOS DEL TORO, in his official capacity as Secretary
of the Navy; BRUCE LATTA, in his official capacity as Dean of Admissions for
the United States Naval Academy; REAR ADMIRAL FRED KACHER, in his
official capacity as Acting Superintendent of the United States Naval Academy

Defendants - Appellees

———————————

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:23-cv-02699-RDB |
| Date notice of appeal filed in originating court: | 12/06/2024 |
| Appellant(s) | Students for Fair Admissions |
| Appellate Case Number | 24-2214 |
| Case Manager | Rachel Phillips 804-916-2702 |