Case No. 24-2214

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

Students for Fair Admissions, Inc.,
*Plaintiff-Appellant*

v.

United States Naval Academy, et al.,
*Defendants-Appellees*

On Appeal from the United States District Court
for the District of Maryland
No. 1:23-cv-02699 (Bennett, J.)

**UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE OPENING BRIEF**

Per Rule 27 and Circuit Rule 31(c), Students for Fair Admissions seeks a 30-day extension of time to file its opening brief and joint appendix, moving the deadline from January 19 to February 18, 2025. Defendants do not oppose. Good cause exists:

1. Drafting the brief and assembling the joint appendix for this appeal will be a significant undertaking. There are thousands of pages of trial transcripts. The parties proffered hundreds of exhibits. And the district court ultimately issued a 179-page opinion after a nine-day trial.

2. The attorneys primarily responsible for drafting SFFA's opening brief are Patrick Strawbridge, Thomas McCarthy, and Cameron Norris. In addition to the Christmas and New Year's holidays, those attorneys have several competing deadlines in other matters.

3. Mr. Strawbridge is first-chairing a trial in *McClure v. Jefferson County Commission*, Nos. 2:23-cv-443, -503 (M.D. Ala.). The trial starts on January 13 and ends on January 17—two days before the current briefing deadline. Mr. Strawbridge is also second-chairing an appeal in *Crosspoint Church v. Makin*, 24-1590 (1st Cir.), which will be argued on January 7.

4. Mr. McCarthy has an opening brief due on January 21 in *Republican National Committee v. Google*, 24-5358 (9th Cir.), and another opening brief due on January 16 in *Platt v. Mansfield*, 24-2182 (4th Cir.). Mr. McCarthy has a reply brief due on January 13 in *CSX Transportation v. Cox Communications*, 24-0872 (Va. S. Ct.). And Mr. McCarthy has an *amicus* brief due on January 9 in *Balina v. SEC*, 24-50726 (5th Cir.).

5. Mr. Norris has a conference with opposing counsel on January 21 in *Jarrett v. United States*, No. 3:21-cv-00419 (M.D. Tenn.). Mr. Norris also has an oral argument on February 3 in *Texas Bankers Association v.*

2

*CFPB*, No. 24-40705 (5th Cir.). And Mr. Norris has an *en banc* brief due on February 5 in *Parents Defending Education v. Olentangy Local School Dist., et al.*, No. 23-3630 (6th Cir.).

6. SFFA conferred with counsel for Defendants, and they consented to a 30-day extension. The extension sought is in the interest of justice, not for delay, and no party will be prejudiced if the extension is granted.

\*     \*     \*

For all these reasons, SFFA respectfully asks this Court to make its opening brief and joint appendix due on February 18, 2025.

Respectfully submitted,

*/s/ Cameron T. Norris*
Thomas R. McCarthy
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
Telephone: (703) 243-9423
Email: cam@consovoymccarthy.com

*Counsel for Plaintiff-Appellant Students for Fair Admissions, Inc.*

3

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Rule 27(d)(2)(A) because it contains 393 words, excluding the parts exempted by Rule 32(f). This motion also complies with the typeface and type-style requirements of Rule 32(a)(5)-(6) because it has been prepared in a proportionally spaced 14-point Century Schoolbook font using Microsoft Word.

                                        */s/ Cameron T. Norris*
                                        Counsel for SFFA

## CERTIFICATE OF SERVICE

On December 27, 2024, I e-filed this motion, which will notify all counsel of record.

                                        */s/ Cameron T. Norris*
                                        Counsel for SFFA