FILED: December 27, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2214
(1:23-cv-02699-RDB)

_____

STUDENTS FOR FAIR ADMISSIONS, INC.

       Plaintiff – Appellant

v.

THE UNITED STATES NAVAL ACADEMY; THE UNITED STATES DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of Defense; CARLOS DEL TORO, in his official capacity as Secretary of the Navy; BRUCE LATTA, in his official capacity as Dean of Admissions for the United States Naval Academy; REAR ADMIRAL FRED KACHER, in his official capacity as Acting Superintendent of the United States Naval Academy

       Defendants - Appellees

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Opening brief and Joint appendix due: 02/20/2025

Response brief due: 03/24/2025

Any reply brief: 21 days from service of response brief.

       For the Court--By Direction

       /s/ Nwamaka Anowi, Clerk