No. 24-2214

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INC.,
*Plaintiff-Appellant*,

v.

THE UNITED STATES NAVAL ACADEMY; THE UNITED STATES DEPARTMENT OF DEFENSE; LLYOD AUSTIN, in his official capacity as Secretary of Defense; CARLOS DEL TORO, in his official capacity as Secretary of the Navy; BRUCE LATTA, in his official capacity as Dean of Admissions for the United States Naval Academy; and REAR ADMIRAL FRED KACHER, in his official capacity as Acting Superintendent of the United States Naval Academy,
*Defendants-Appellees*.

On Appeal from the United States District Court
for the District of Maryland, No. 1:23-cv-02699 (Bennett, J.)

**UNOPPOSED MOTION FOR LEAVE
TO FILE AN OVERSIZED BRIEF**

Per Local Rule 32(b), Students for Fair Admissions respectfully asks this Court for leave to file an oversized opening brief. SFFA requests an additional **2,000 words**, for a total word limit of 15,000. SFFA received the same extension from the First Circuit in a similar appeal against Harvard University. *See SFFA v. Harvard*, No. 19-2005 (1st Cir. Feb. 10, 2020).

This motion is timely because SFFA's brief is due in 37 days, on February 20. *See* 4th Cir. R. 32(b) (motion is due ten days before opening brief is due). SFFA notified

1

Appellees about this motion. Appellees take no position on the motion and, accordingly, do not intend to file a response in opposition to it. *See* 4th Cir. R. 27(a).

There are good reasons for granting this motion. An additional 2,000 words are needed to adequately apprise this Court of the legal and factual questions on appeal. Those questions raise numerous challenges to the Naval Academy's race-based admissions policy and required extensive litigation in the district court, culminating in a nine-day trial. The parties' post-trial briefs in the district court totaled nearly 270 pages. SFFA estimates that an additional 2,000 words on appeal will allow it to give these important issues the attention they deserve.

\*    \*    \*

For all these reasons, SFFA respectfully asks this Court for leave to file an oversized opening brief containing no more than 15,000 words.

Dated: January 14, 2025                      Respectfully submitted,

Patrick Strawbridge                          /s/ *Cameron T. Norris*
CONSOVOY MCCARTHY PLLC                       Thomas R. McCarthy
Ten Post Office Sq.                          J. Michael Connolly
8th Fl. South PMB, #706                      Cameron T. Norris
Boston, MA 02109                             James F. Hasson
(617) 227-0548                               R. Gabriel Anderson
patrick@consovoymccarthy.com                 CONSOVOY MCCARTHY PLLC
                                             1600 Wilson Blvd., Suite 700
Adam K. Mortara                              Arlington, VA 22209
LAWFAIR LLC                                  (703) 243-9423
40 Burton Hills Blvd., Ste. 200              tom@consovoymccarthy.com
Nashville, TN 37215                          mike@consovoymccarthy.com
(773) 750-7154                               cam@consovoymccarthy.com
mortara@lawfair.com                          james@consovoymccarthy.com
                                             gabe@consovoymccarthy.com

*Counsel for Students for Fair Admissions*

3

## CRTIFICATE OF COMPLIANCE

This motion complies with Rule 27(d) because it contains 229 words, excluding the parts that can be excluded. This motion also complies with Rule 32(a)(5)-(6) because it's prepared in a proportionally spaced face using Microsoft Word 2016 in 14-point Garamond font.

Dated: January 14, 2025                                  */s/ Cameron T. Norris*

## CERTIFICATE OF SERVICE

I filed this motion with the Court via ECF, which will email everyone requiring notice.

Dated: January 14, 2025                                  */s/ Cameron T. Norris*

4