FILED: January 15, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2214
(1:23-cv-02699-RDB)
_____

STUDENTS FOR FAIR ADMISSIONS, INC.

        Plaintiff - Appellant

v.

THE UNITED STATES NAVAL ACADEMY; THE UNITED STATES DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of Defense; CARLOS DEL TORO, in his official capacity as Secretary of the Navy; BRUCE LATTA, in his official capacity as Dean of Admissions for the United States Naval Academy; REAR ADMIRAL FRED KACHER, in his official capacity as Acting Superintendent of the United States Naval Academy

        Defendants - Appellees

_____

O R D E R
_____

Upon consideration of the appellant's unopposed motion to exceed the length limitations of Fed. R. App. P. 32(a)(7) and Local Rule 32(b), the court grants the motion and grants leave to file a brief not in excess of 15,000 words.

For the Court

/s/ Nwamaka Anowi, Clerk