No. 24-2214

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INC.,
*Plaintiff-Appellant*,

v.

THE UNITED STATES NAVAL ACADEMY; THE UNITED STATES DEPARTMENT OF DEFENSE; LLYOD AUSTIN, in his official capacity as Secretary of Defense; CARLOS DEL TORO, in his official capacity as Secretary of the Navy; BRUCE LATTA, in his official capacity as Dean of Admissions for the United States Naval Academy; and REAR ADMIRAL FRED KACHER, in his official capacity as Acting Superintendent of the United States Naval Academy,
*Defendants-Appellees*.

On Appeal from the United States District Court
for the District of Maryland, No. 1:23-cv-02699 (Bennett, J.)

## UNOPPOSED MOTION FOR
## FURTHER EXTENSION OF TIME TO FILE OPENING BRIEF

Per Rule 27 and Circuit Rule 31(c), Students for Fair Admissions respectfully seeks a 14-day further extension of time to file its opening brief and joint appendix, moving the deadline from February 20 to March 6, 2025. Defendants do not oppose. Good cause exists:

1. SFFA's counsel is in the middle of significant personnel turnover and will be short staffed for the next two weeks, while also dealing with onboarding and offboarding procedures for various matters. The attorneys primarily responsible for

drafting this brief, Thomas McCarthy, Patrick Strawbridge, and Cameron Norris, have all taken larger shares of the workload on their respective matters, in addition to managing this personnel turnover.

2. The record in this case is voluminous, with thousands of pages of trial transcripts and hundreds of exhibits proffered by each party. A two-week extension will give counsel time to reassign personnel and bring attorneys up to speed on new matters, while finishing the large undertaking of preparing the opening brief and joint appendix. Defense counsel has also requested more time to identify what they would like included in the joint appendix.

3. Mr. McCarthy, Mr. Strawbridge, and Mr. Norris have several competing deadlines in other matters, as well.

4. Mr. McCarthy has a reply brief due on February 21 in *CSX Transportation v. Cox Communications*, 24-0872 (Va. S. Ct.). Mr. Strawbridge has a brief in response to proposed findings of fact and conclusions of law due on February 17 in *McClure v. Jefferson County Commission*, Nos. 2:23-cv-443, -503 (M.D. Ala.). Mr. Norris has a motion for summary judgment and a conference on February 20 in *American Alliance for Equal Rights v. Southwest Airlines Co.*, 3:24-cv-01209 (N.D. Tex), as well as a discovery deadline on February 14 in *Jarrett v. United States*, 24-cv-1209 (M.D. Tenn.).

5. SFFA conferred with opposing counsel, and they consent to a 14-day extension. The extension sought is in the interests of justice, not for delay, and no party will be prejudiced if the extension is granted.

\*   \*   \*

For all these reasons, SFFA respectfully asks this Court to make its opening brief and joint appendix due on March 6, 2025.

Dated: February 7, 2025

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Sq.
8th Fl. South PMB, #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com

Adam K. Mortara
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfair.com

Respectfully submitted,

/s/ *Cameron T. Norris*
Thomas R. McCarthy
J. Michael Connolly
Cameron T. Norris
James F. Hasson
R. Gabriel Anderson
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
james@consovoymccarthy.com
gabe@consovoymccarthy.com

*Counsel for Students for Fair Admissions*

3

## CRTIFICATE OF COMPLIANCE

This motion complies with Rule 27(d) because it contains 357 words, excluding the parts that can be excluded. This motion also complies with Rule 32(a)(5)-(6) because it's prepared in a proportionally spaced face using Microsoft Word 2016 in 14-point Garamond font.

Dated: February 7, 2025					/s/ Cameron T. Norris

## CERTIFICATE OF SERVICE

I filed this motion with the Court via ECF, which will email everyone requiring notice.

Dated: February 7, 2025					/s/ Cameron T. Norris