FILED: February 7, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2214
(1:23-cv-02699-RDB)

_____

STUDENTS FOR FAIR ADMISSIONS, INC.

      Plaintiff - Appellant

v.

THE UNITED STATES NAVAL ACADEMY; THE UNITED STATES DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of Defense; CARLOS DEL TORO, in his official capacity as Secretary of the Navy; BRUCE LATTA, in his official capacity as Dean of Admissions for the United States Naval Academy; REAR ADMIRAL FRED KACHER, in his official capacity as Acting Superintendent of the United States Naval Academy

      Defendants - Appellees

_____

O R D E R

_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the opening brief and joint appendix shall be disfavored. The briefing schedule is extended as follows:

    Joint appendix due: 03/06/2025

    Opening brief due: 03/06/2025

Response brief due: 04/07/2025

Any reply brief: 21 days from service of response brief.

                                                  For the Court--By Direction

                                                  <u>/s/ Nwamaka Anowi, Clerk</u>