FILED: February 14, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2214
(1:23-cv-02699-RDB)

_____

STUDENTS FOR FAIR ADMISSIONS, INC.

      Plaintiff - Appellant

v.

THE UNITED STATES NAVAL ACADEMY; THE UNITED STATES DEPARTMENT OF DEFENSE; PETE HEGSETH, in his official capacity as Secretary of Defense; CARLOS DEL TORO, in his official capacity as Secretary of the Navy; BRUCE LATTA, in his official capacity as Dean of Admissions for the United States Naval Academy; REAR ADMIRAL FRED KACHER, in his official capacity as Acting Superintendent of the United States Naval Academy

      Defendants - Appellees

_____

O R D E R

_____

The court substitutes Pete Hegseth for Lloyd J. Austin, III, as a party to this proceeding.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk