UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2214
(1:23-cv-02699-RDB)

_____

STUDENTS FOR FAIR ADMISSIONS, INC.

       Plaintiff - Appellant

v.

THE UNITED STATES NAVAL ACADEMY; THE UNITED STATES DEPARTMENT OF DEFENSE; PETE HEGSETH, in his official capacity as Secretary of Defense; CARLOS DEL TORO, in his official capacity as Secretary of the Navy; BRUCE LATTA, in his official capacity as Dean of Admissions for the United States Naval Academy; REAR ADMIRAL FRED KACHER, in his official capacity as Acting Superintendent of the United States Naval Academy

       Defendants - Appellees

_____

O R D E R

_____

Upon consideration of appellees' unopposed motion for abeyance, the court grants the motion and places this case in abeyance to allow the parties a reasonable

amount of time to discuss the details of the Academy's new policy and to consider the appropriate next steps for this litigation.

The parties are directed to file a status report on June 2, 2025, and every sixty days thereafter and shall immediately notify this court when a decision has been reached.

For the Court

/s/ Nwamaka Anowi, Clerk