**Case No. 24-2214**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

Students for Fair Admissions, Inc.,
*Plaintiff-Appellant*

v.

United States Naval Academy, et al.,
*Defendants-Appellees*

On Appeal from the United States District Court
for the District of Maryland
No. 1:23-cv-02699 (Bennett, J.)

## JOINT STATUS REPORT

The parties submit this joint status report per this Court's April 1 order. *See* CA4-Doc. 26. The parties are engaged in productive, good-faith discussions and those discussions will continue. Should the parties reach an agreement or impasse, they will promptly inform the Court.

Dated: June 2, 2025

/s/ Jeffrey E. Sandberg
Melissa N. Patterson
Jeffrey E. Sandberg
Jack Starcher
Attorneys, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave NW
Room 7214
Washington, DC 20530

*Counsel for Defendants-Appellees*

Respectfully submitted,

*/s/ Thomas R. McCarthy*
Thomas R. McCarthy
J. Michael Connolly
Cameron T. Norris
James F. Hasson
Gabe Anderson
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
james@consovoymccarthy.com
gabe@consovoymccarthy.com

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
617-227-0548
patrick@consovoymccarthy.com

Adam K. Mortara
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*Counsel for Students for Fair Admissions*