FILED: July 2, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2214
(1:23-cv-02699-RDB)

_____

STUDENTS FOR FAIR ADMISSIONS, INC.

   Plaintiff - Appellant

v.

THE UNITED STATES NAVAL ACADEMY; THE UNITED STATES DEPARTMENT OF DEFENSE; PETE HEGSETH, in his official capacity as Secretary of Defense; CARLOS DEL TORO, in his official capacity as Secretary of the Navy; BRUCE LATTA, in his official capacity as Dean of Admissions for the United States Naval Academy; REAR ADMIRAL FRED KACHER, in his official capacity as Acting Superintendent of the United States Naval Academy

   Defendants - Appellees

_____

O R D E R
_____

Upon consideration of the parties' joint motion to dismiss and vacate the district court's judgment and opinion, the court grants the motion, dismisses this appeal as moot, vacates the district court's judgment and opinion, and remands this case to the district court. The clerk shall forward a copy of this order, accompanied by a copy of the motion to remand, to the district court.

Entered at the direction of Judge Richardson with the concurrence of Judge Agee and Senior Judge Keenan.

For the Court

/s/ Nwamaka Anowi, Clerk